1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES M. ARANDA**, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>**NIPPON EXPRESS USA, INC.,**<br>**AND DOES 1-50,**<br><br>Defendants. | CASE NO. 4:23-cv-04171-YGR<br><br>**ORDER DISMISSING CASE** |

Parties have informed the Court that, owing to the Los Angeles Superior Court's final approval of a class action settlement in *Perla Soto, et al. v. Nippon Express U.S.A., Inc., et al.,* (Case No. 21STCV24902), plaintiff Charles M. Aranda has agreed to voluntarily dismiss the above-captioned case, without prejudice. (Dkt. No. 11.) Based thereon, this matter is **DISMISSED WITHOUT PREJUDICE** and any hearings and deadlines in this matter, including the case management conference set for Monday, November 20, 2023, are **VACATED**.

This terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated:   11/8/2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**